UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 10-0599-DMG** | Date | OCTOBER 4, 2010 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | ANNE KIELWASSER | ZEKE ARMENDARIZ, Homeland Security Investigations<br>EDWARD E. ALON, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. ROSA AMELIA FERNANDEZ | ✗ | | ✗ | 1. LARRY M. BAKMAN | ✗ | | ✗ |
| 2. RAUL ROCHA | ✗ | | ✗ | 2. ANTONIO YOON | ✗ | | ✗ |
| 3. LUIS RAMOS | ✗ | | ✗ | 3. SONIA CHAHIN | ✗ | | ✗ |
| 4. ROGELIO VEGA<br>Aka: Roger Vega | ✗ | | ✗ | 4. JANET SHERMAN | ✗ | | ✗ |
| 5. PATRICIA VEGA | ✗ | | ✗ | 5. STANLEY GREENVERG | ✗ | | ✗ |
| 7. EDUARDO MAGDALENO<br>Aka: Ed Magdaleno | ✗ | | ✗ | 7. YOLANDA BARRERA | ✗ | | ✗ |
| 8. RICHARD CENIZEROZ | ✗ | | ✗ | 8. PATRICK SMITH | ✗ | | ✗ |
| 9. LILIBELL MEZA | ✗ | | ✗ | 9. DONALD RANDOLPH | ✗ | | ✗ |
| 10. EDUARDO REYES | ✗ | | ✗ | 10. JEFF PRICE | ✗ | | ✗ |

**Proceedings:**   TELEPHONIC STATUS CONFERENCE

The case is called and counsel state their appearance. The Status Conference Agenda is distributed to all counsel. The Court and counsel confer re the status of the case. Following discussions with counsel, the Court orders the Government to file a fourth status report no later than **January 17, 2011** and sets a further Status Conference for **February 16, 2011 at 2:00 p.m.** The Status Conference set for December 6, 2010 at 2:00 p.m. is vacated. Parties shall meet and confer re discovery and new status conference and jury trial dates and Government counsel shall prepare and lodge a stipulation and proposed order re same.

CC: USPO , PTS

: **10**

| CR0-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk YS |
|---|---|---|